# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JOSE SILVA, JR.

## WARRANT FOR ARREST

FILED CASE NUMBER: **00-6266**

SEP 12 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

R-ROETTGER

MAGISTRATE JUDGE
SNOW

**TO:   The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __JOSE SILVA, JR.__
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

**charging him or her with** (brief description of offense) **knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. citizenship; and false oath,**

in violation of Title __18__ United States Code, Section(s) __1542, 911 & 1621__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_[signature: Jenny Butler]_
Signature of Issuing Officer

__SEPTEMBER 12, 2000, FORT LAUDERDALE, FLORIDA__
Date and Location

_[signature: Lurana S. Snow]_

Bail fixed at $ __25,000 Corp Surety__ by __UNITED STATES MAGISTRATE JUDGE__
**LURANA S. SNOW**
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

