CASE NUMBER _____ 00-6266-CR-ROETTGER

FILED by _____ D.C.
MAG. SEC.
SEP 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE ___Spanish___

DEFENDANT(S) _____ JOSE SILVA JR. _____

c: COURT INTERPERTER SUPERVISOR