AKA: Roberto Reyes-Arellano

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6266
           Plaintiff )
                   ) REPORT COMMENCING CRIMINAL  Roettger
  -vs-              ) ACTION
                   )
Jose Silva ) 61904-004
        Defendant

**************************************************

TO: Clerk's Office (MIAMI) FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable/unknown will be indicated "N/A".

FILED by ___ D.C.
MAG. SEC.
SEP 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

(1) Date and Time of Arrest: _____ 9/18/00 10:15 (am)/pm

(2) Languge Spoken: English / Spanish

(3) Offense(s) Charged: 18 USC 1542 - Passport Fraud

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 10/27/1964

(6) Type of Charging Document: (check one)
[X] Indictment  [ ] Complaint  To be filed/Already filed
Case# 00-6266

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: Southern District of Florida, Ft. Lauderdale

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 9/18/00  (9) Arresting Officer: Gillis
(10) Agency: U.S. Dept. of State Diplomatic Sec. Service  (11) Phone: (305) 536-5781

(12) Comments: _____

5/7

## United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

JOSE SILVA, JR.

**WARRANT FOR ARREST**

CASE NUMBER: **00 - 6266**

CR - ROETTGER

**TO:   The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest JOSE SILVA, JR.
                                    Name

MAGISTRATE JUDGE
SNOW

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment   | | Information   | | Complaint   | | Order of court   | | Violation Notice   | | Probation Violation Petition

**charging him or her with** (brief description of offense) knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. citizenship; and false oath,

in violation of Title  18  United States Code, Section(s) 1542, 911 & 1621

<u>Clarence Maddox</u>
Name of Issuing Officer

<u>Court Administrator/Clerk of the Court</u>
Title of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

**SEPTEMBER 12, 2000, FORT LAUDERDALE, FLORIDA**
Date and Location

*Lurana S. Snow*

Bail fixed at $ 25,000 Corp Surety   by   UNITED STATES MAGISTRATE JUDGE
LURANA S. SNOW
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

AO 442

RJP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6266 CR-ROETTGER

MAGISTRATE JUDGE
SNOW

18 USC 1542
18 USC 911
18 USC 1621

UNITED STATES OF AMERICA

v.

JOSE SILVA, JR.,

Defendant.
_____/

FILED by D.C.
SEP 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about April 27, 2000, at Broward and Dade Counties, in the Southern District of Florida, the defendant,

JOSE SILVA, JR.,

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in

that the defendant stated in said application that he was born in Texas and a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, he was not born in Texas and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

## COUNT II

On or about April 27, 2000, at Broward and Dade Counties, in the Southern District of Florida, the defendant,

JOSE SILVA, JR.,

an alien, did knowingly and willfully falsely represent himself to be a citizen of the United States, in that he presented a birth certificate from Texas, claiming this to be his own birth certificate, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 911.

## COUNT III

On or about April 27, 2000, at Broward and Dade Counties, in the Southern District of Florida, the defendant,

JOSE SILVA, JR.,

having duly taken an oath, before Ms. Betty Bennett a competent passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the

Scanned Image - 0:00CR6266 Document 1 page 2 Wed Sep 13 13:05:34 2000

written declarations he had made on his application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matters which he then and there did not believe to be true, in that he stated under oath as aforesaid that he was born in Texas and was a citizen of the United States, when in truth and in fact and as the defendant then and there well knew, he was not born in Texas and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1621.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**              **CASE NO.** _____

v.                                                          **CERTIFICATE OF TRIAL ATTORNEY***

JOSE SILVA, JR.                                   **Superseding Case Information:**

**Court Division:** (Select One)              New Defendant(s)     Yes ____   No ____
                                                            Number of New Defendants ____
___ Miami ___ Key West                    Total number of counts ____
_X_ FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) NO_____
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                      (Check only one)

   I     0 to 5 days          _X_          Petty         ____
   II    6 to 10 days         ____          Minor         ____
   III   11 to 20 days        ____          Misdem.       ____
   IV    21 to 60 days        ____          Felony        _X_
   V     61 days and over     ____

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____     District of _____

   Is this a potential death penalty case? (Yes or No) _____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                                              REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant Name: JOSE SILVA, JR.     Case No._____

Count #: 1

False Statement in Application for U.S. Passport

Title 18, United States Code, Section 1542

*Max. Penalty: 10 years' Imprisonment; and $250,000 fine.

Count #: 2

False Claim to U.S. Citizenship

Title 18, United States Code, Section 911

*Max. Penalty: 3 years' Imprisonment; and $250,000 fine

Count #: 3

Perjury

Title 18, United States Code, Section 1621

*Max. Penalty: 5 years' Imprisonment; and $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable     10/9/98