

FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6266-CR-Roettger

UNITED STATES OF AMERICA

vs

JOSE SILVA, JR.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on September 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: *Deft. incarcerated.*

                     Telephone:_____

DEFENSE COUNSEL:     Name: *Federal Public Defenders*
                     Address:_____

                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __22nd__ day of __September__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: *Amy Jordan*
    Deputy Clerk

Tape No. __00-050__

cc: Copy for Judge
    U. S. Attorney