# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__  506 500

UNITED STATES OF AMERICA

V.

JOSE SILVA, JR.

**WARRANT FOR ARREST**

CASE NUMBER: **00-6266**

CR-ROETTGER

**TO:** **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __JOSE SILVA, JR.__
Name

MAGISTRATE JUDGE
SNOW

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

[X] Indictment | [ ] Information | [ ] Complaint | [ ] Order of court | [ ] Violation Notice | [ ] Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. citizenship; and false oath,

in violation of Title __18__ United States Code, Section(s) __1542, 911 & 1621__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

*(signature)* Jenny Butler

**SEPTEMBER 12, 2000, FORT LAUDERDALE, FLORIDA**

Signature of Issuing Officer

Date and Location

Bail fixed at $ __25,000 Corp Surety__ by __LURANA S. SNOW__
__UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____<br>Miami, FL. |

| DATE RECEIVED<br>9/12/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br><br>Mike Gloetzner, ASDUSM |
|---|---|---|
| DATE OF ARREST<br>9/18/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest