**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

DEFT: JOSE SILVA, Jr. (J)   CASE NO: 00-6266-CR-Roettger
AUSA: Roger Powell by Larry Bardfeld   ATTY: FPD - Patrick Hunt
AGENT: ___   VIOL: ___
PROCEEDING: BOND HEARING/ARRAIGNMENT   RECOMMENDED BOND: ___
BOND HEARING HELD - yes / no   COUNSEL APPOINTED: ___
BOND SET @: ___   To be cosigned by: ___

FILED by ___ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.

☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.

(Circle One)
Interpreter Request...
No Interpreter
Not Known
Spanish
(Specify Language)

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: ___

☐ Travel extended to: ___

☐ Halfway House ___

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | October 6, 2000 @ 11:00 a.m. | | Judge Seltzer | |

DATE: September 22, 2000   TIME: 11:00 A.M.   FTL/LSS TAPE # 00 - 050   Begin:   End: