DEFT: Jose Silva Jr. (no deft needed)   CASE NO: 00-6266-CR-Roettger
AUSA: Roger Powell / Bruce Brown   ATTNY: FPD Gus Hunt
AGENT: ___   VIOL: ___
PROCEEDING: Status Conference   BOND REC: ___
BOND HEARING HELD – yes/no   COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
(2) ___ Halfway House ___
___ Electronic Monitoring ___

Discovery will go out today
2 days to try possible plea

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___

DATE: 10-6-00   TIME: 11:00am   TAPE # 00-075 PG # 3
3000-3025

13/a/8