UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6266-CR-ROETTGER

UNITED STATES OF AMERICA,

VS.

JOSE SILVA, JR.,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on October 6, 2000. At that conference, the parties informed the Court as follows:

1.  The Government indicated that it will be complying today with its obligations under the Standing Discovery Order. The Government further informed the Court that there are no motions currently pending, that it is ready to proceed, and that this matter will require two days to try. A plea disposition, however, remains possible.

2.  Defense counsel informed the Court that he has not yet received the Government's discovery response. The matter, however, will likely be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this 6th day of October, 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Norman C. Roettger
United States District Judge

Assistant United States Attorney
Federal Public Defender



1