```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO: 00-06266-CR-ROETTGER
UNITED STATES OF AMERICA

v

JOSE SILVA
                                                    NOTICE


_____/
```

TAKE NOTICE That a proceeding in this case has been set for FRIDAY NOVEMBER 17, 2000 at 10:30 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

CALENDAR CALL FOR TWO WEEK TRIAL PERIOD BEGINNING MONDAY NOVEMBER 20, 2000. COUNSEL TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA

---

CLARENCE MADDOX, CLERK

DATED: 10/19/00

BY: P. Hart

Deputy Clerk

