HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6266     Date: 21 Nov 00
Courtroom Clerk: P. Hart     Court Reporter: J. Reeves
Probation Officer:     Interpreter: yes

Plaintiff(s): USA     Counsel: Powell

Defendant(s): Jose Silva     Counsel: P. Hunt
TN: Roberto
Berjes Arellano

Reason For Hearing: Plea

Result of Hearing/Judgment: A plead & adj. as guilty. PSI Ordered. Sent. set Feb 2, 2001 at 10:00 A.M. A remanded.

Misc.: