HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: _00-6266-CR-NCR_  Date: _3/7/01_

Courtroom Clerk: _P. Hart_  Court Reporter: _Bemic_

Probation Officer: _present_  Interpreter: _____

Plaintiff(s): _U S A_  Counsel: _Powell_

Defendant(s): _J Silva (J)_  Counsel: _P. Hunt_

Reason For Hearing: _Resentencing_

Result of Hearing/Judgment: _No fine imposed,
Time served 2 yrs S.R, assessed $100.⁰⁰
if deported non-reporting & not
to re-enter U.S w/out permission
surrender to INS, part in
substance abuse program, contribute_

Misc.: _to cost of services_